AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00123 |
| Karthik Ramakrishnan | ) Assigned To : Upadhyaya, Moxila A. |
|  | ) Assign. Date : 6/9/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Karthik Ramakrishnan__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 06/09/2023

*Issuing officer's signature*
Moxila A. Upadhyaya
2023.06.09 12:34:02 -04'00'

City and state: Washington, D.C.       HONORABLE MOXILA A. UPADHYAYA
*Printed name and title*

### Return

This warrant was received on (date) __6/9/23__, and the person was arrested on (date) __6/15/23__
at (city and state) __Bluefield, Virginia__

Date: __6/15/23__

*Arresting officer's signature*

Lindsey Rosson, Special Agent, FBI
*Printed name and title*