IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:23 MJ 00123, |
| | ) | |
| v. | ) | Judge G. MICHAEL HARVEY |
| | ) | |
| KARTHIK RAMAKRISHNAN | ) | Next Date: 1PM, 6/22/23 |
|     Defendant | ) | |

**PRAECIPE**
**(Notice of Appearance)**

Clerk:

Please enter the appearance of Matthew Chapman, Esq. as counsel for Defendant in the above captioned matter.

Date: 6/21/2023

              Respectfully submitted,

             */s/ Matthew P. Chapman*
             Matthew P. Chapman (DC Bar 1780635)
             The Law Office of M.P. Chapman, PLLC
             1629 K St. N.W., Ste 300
             Washington, D.C. 20006
             276-492-0671
             mpchapmanlawoffice@gmail.com
             *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2023, a copy of the foregoing was filed on the courts electronic filing system. All parties of record will be served thereby.

*/s/ Matthew P. Chapman*
