IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) Case No. 1:23 MJ 00123, |
| | ) Judge G. Michael Harvey |
| v. | ) |
| | ) |
| **KARTHIK RAMAKRISHNAN** | ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL J. MURPHY, ESQ.

Defendant Karthik Ramakrishnan (Defendant), by undersigned counsel, Matthew Chapman, a lawyer licensed in Washington D.C. and in good standing, admitted to practice before the United States District Court for the District of Columbia, hereby respectfully moves for the admission of **Daniel J. Murphy, Esq**. ("Mr. Murphy") *pro hac vice* pursuant to LCrR 44.1(c) of the Rules of the United States District Court for the District of Columbia. In support of this motion, Mr. Murphy avers as follows:

1. Mr. Murphy's full name is Daniel John Murphy.

2. Mr. Murphy practices with the law firm of Penn, Stuart & Eskridge. Mr. Murphy's office address is: 208 E. Main Street, Abingdon, VA 24210. Mr. Murphy's telephone number 276-628-5151.

3. Mr. Murphy is licensed and in good standing in the state of Virginia (98478) and North Carolina (35467). Mr. Murphy is admitted to practice before the United States District Courts for the Western District of Virginia and the Western District of North Carolina. Mr. Murphy is also admitted to practice before the United

States Court of Appeals for the Armed Forces and the United Stated Supreme Court.

4. Mr. Murphy certifies that he has not been disciplined by *any* bar.

5. Mr. Murphy has *not* been admitted *pro hac vice* in this Court within the last two years.

6. Mr. Murphy does *not* a engage in the practice of law from any office located in the District of Columbia

7. This motion is accompanied by a certificate of good standing from the Virginia State Bar issued within thirty (30) days of this filing.

8. Payment in the amount of $100 shall be tendered.

WHEREFORE, undersigned counsel and Mr. Murphy respectfully request this Court admit Mr. Murphy to practice in this case, *pro hac vice*.

KARTHIK RAMAKRISHNAN

By Counsel

*Matthew P. Chapman*
Matthew P. Chapman
Washington D.C. Bar No. 1780635
The Law Office of M.P. Chapman, PLLC
1629 K Street, N.W. Ste 300
Washington, D.C. 20006
276-492-0671
mpchapmanlawoffice@gmail.com

Daniel J. Murphy (*pro hac vice*)
VSB No. 98478
Penn, Stuart & Eskridge
208 E. Main Street
Abingdon, Virginia 24210
276-628-5151
dmurphy@pennstuart.com

## CERTIFICATE OF SERVICE

I, Matthew P. Chapman, do hereby certify that I have served a copy of the foregoing Motion to Appear Pro Hac Vice and Applicant's Declaration via the courts electronic filing with a courtesy copy sent to counsel for the United States this 21st day of June, 2023.

*Matthew P. Chapman*
Matthew P. Chapman

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

United States

_____
Plaintiff(s)

vs.

Karthik Ramakrishnan
_____
Defendant(s)

Case Number: 1:23 MJ 00123

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Daniel John Murphy

2. State bar membership number: Virginia - 98478

3. Business address, telephone and fax numbers:

    208 E. Main Street, Abingdon, VA 24210 / 276-628-5151 (office) / 276-628-5621 (fax)

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

    North Carolina (35467) / Virginia (98478) / USDC WDNC / USDC WDVA / Supreme Cour

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? Yes ☐   No ☑

    (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. 0

    (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? N/A

9. Do you have a pending application for admission into USDC for the District of Columbia? N/A

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. [✔] has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. [ ] has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. [ ] has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

6/21/2023
DATE

_[signature]_
SIGNATURE OF ATTORNEY

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT DANIEL JOHN MURPHY IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. MURPHY WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON DECEMBER 12, 2022, AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued June 20, 2023

DaVida M. Davis
**Director of Regulatory Compliance**