IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | )    **Case No. 1:23 MJ 00123,** |
| | )    **Judge G. Michael Harvey** |
| **v.** | ) |
| | ) |
| **KARTHIK RAMAKRISHNAN** | ) |

### NOTICE OF APPEARANCE

Daniel J. Murphy was granted *pro hac vice* as co-counsel for Defendant in the above-captioned matter (Docket No. 8), entered June 23, 2023. Daniel J. Murphy hereby gives notice of appearance on behalf of Karthik Ramakrishnan.

                                            Respectfully submitted

                                            KARTHIK RAMAKRISHNAN

                                            By Counsel

    */s/ Daniel J. Murphy*
Daniel J. Murphy (*pro hac vice*)
VSB No. 98478
Penn, Stuart & Eskridge
208 E. Main Street
Abingdon, Virginia 24210
Telephone: 276-638-5151
dmurphy@pennstuart.com

Matthew Phillip Chapman
DC Bar 1780635
The Law Office of M.P. Chapman, PLLC
1629 K. St. N.W., Ste 300
Washington, DC 20006
Telephone: 276-492-0671
mpchapmanlawoffice@gmail.com

Abingdon: 1216632-1

## CERTIFICATE OF SERVICE

       I hereby certify that on June 27, 2023, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel in this matter.

                                                                   */s/ Daniel J. Murphy*
                                                                    Daniel J. Murphy